**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ERIC LEE PROCTOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Case No. CIV-24-1308-G** |
| | ) |
| **KEVIN STITT, Governor, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Plaintiff Eric Lee Proctor, a state inmate appearing pro se, herein brings a federal civil rights Complaint (Doc. Nos. 1, 13) pursuant to 42 U.S.C. § 1983.  In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On October 2, 2025, Plaintiff filed a Motion for Summary Judgment (Doc. No. 19) pursuant to Federal Rule of Civil Procedure 56.  On March 18, 2026, Judge Mitchell issued a Report and Recommendation ("R. & R.," Doc. No. 21) recommending that the Motion for Summary Judgment be denied without prejudice as prematurely filed.  Plaintiff timely filed an Objection to the R. & R.  *See* Pl.'s Obj. (Doc. No. 22).  Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made.  *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection to Judge Mitchell's recommendation is based upon the alleged merits and urgency of his underlying legal claims.  *See* Pl.'s Obj. at 1.  Nothing in the

Objection challenges Judge Mitchell's finding that the defendants have not yet appeared in this matter. *See* R. & R. at 2. Nor does Plaintiff establish that ruling upon his Motion would be proper, given the directive of Rule 56 that summary judgment should "be refused where the nonmoving party has not had the opportunity to discover information that is essential to his opposition." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 n.5 (1986). Plaintiff's Objection is therefore overruled.

CONCLUSION

For the foregoing reasons, the Report and Recommendation issued March 18, 2026 (Doc. No. 21) is ADOPTED in its entirety.

Plaintiff's Motion for Summary Judgment (Doc. No. 19) is DENIED, without prejudice to resubmission as appropriate.

This matter remains referred to Judge Mitchell in accordance with the initial order of referral.

IT IS SO ORDERED this 24th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2